## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 24-CR-436-TSC** |
| | : | |
| **MARK CHRISTIAN WROBLEWSKI** | : | |
| | : | |
| **Defendant.** | : | |

## Defendant's Sentencing Memorandum

### 1. Introduction.

Mark Wroblewski is the first to admit he was wrong in entering the Capitol building four years ago.   He candidly acknowledged his guilt the minute the FBI interviewed him after he was arrested last year, explained how it happened, and apologized to the agents.   He waived removal, pleaded guilty without any litigation, and accepts full responsibility for his involvement.

For several reasons, further incarceration is not necessary.   Unlike many January 6 defendants, he did not arrive in Washington or the Capitol looking for a fight.   He was not dressed in body armor, did not carry a weapon, did not raise his voice, did not challenge or assault law enforcement, and did not live-stream his actions.   He walked through the building for a few minutes holding a small American flag, then left.

1

For that conduct, a two-count misdemeanor guilty plea, $500 restitution, and probation is sufficient.   But given the nature of the events that took place that day, a truly unique moment in American history, reasonable minds can differ.   The Court may conclude that incarceration is generally required for this conduct.   Even if it does Mr. Wroblewski's physical condition should give the Court pause.   The logistics of incarcerating someone who needs dialysis three times a week is daunting, and expensive.   The Bureau of Prisons has only a handful of Level 4 facilities capable of providing the necessary care. Traveling to one of those facilities would be difficult for Mr. Wroblewski, whose condition has deteriorated over the last four years.   It also would cause a disruption in care and pose a management challenge for the BOP.

Under these unusual circumstances, home confinement and restitution in lieu of incarceration is a fair and measured outcome.   Mr. Wroblewski therefore joins Probation and the government in recommending probation.

## 2. The individual before the Court.

The PSR provides a good overview, and Mr. Wroblewski will simply add a few details.   He and his older sister were raised in working class Los Angeles, primarily by their mother.   As he writes in his statement to the Court, Mr. Wroblewski was not an outstanding student.   (Attached as Exhibit A.)   What he loved was surfing, and after high school he became a CPR

instructor, which gave him time to be at the beach and pursue his passion.

Mr. Wroblewski's twenties and early thirties were fairly consistent. He worked, surfed, went to the gym or rode his mountain bike, and maybe had a few beers. He had a girlfriend for a short period but otherwise has been single throughout.

At forty-four, he probably would continue to be living a similar existence if it weren't for his failing kidneys. As he explains in his statement, when he was young, he exercised so much that he felt there was no need to see a doctor for a checkup. But he started getting headaches in around 2012, which at first were simply a nuisance but worsened over the weeks and months to the point where he finally had to seek help. The doctors quickly identified his sky-high blood pressure and diagnosed kidney failure. Within a very short time, Mr. Wroblewski went from carefree to facing mortality.

He was referred to specialists who started him on dialysis, which he has been on since 2013. As Dr. Toscano's letter explains, Mr. Wroblewski's dialysis treatments are thrice weekly with each session lasting three hours and forty-five minutes. (Attached as Exhibit B.) The doctors inserted a shunt for veinous access, and it has swollen to the point where his arm is significantly disfigured, as shown in the photograph on the next page:



*Mr. Wroblewski's left arm*

As a result of his kidney failure and the considerable amount of time Mr. Wroblewski spends in dialysis clinic, he has been unable to hold gainful employment since 2013. Instead, he gets by on around $1,500 per month in disability, and in between dialysis sessions spends time walking around his neighborhood or in his mobile home with his cat.

Los Angeles is not an inexpensive place to live but it's pretty much all Mr. Wroblewski has ever known. He was fortunate that a friend who owns a warehouse allows him to park his mobile home on his lot. While it is not a picturesque location, it is at least rent free, though his friend gets the practical benefit of an unpaid after-hours watchman. In any event, it also and gives

4

Mr. Wroblewski access to an indoor bathroom as well as some contact with the employees.



*Mr. Wroblewski's mobile home in situ*

This has been Mr. Wroblewski's life for more than a decade.

### 3.  Travel to Washington, participation on January 6.

With much taken away from him, one thing Mr. Wroblewski looks forward to is travel.   Out of his disability money, he tries to save $100 to $200 every month.   With that money, he plans short trips such that he can get out of town for a couple of days with time to return for dialysis.

In hindsight, it was an unfortunate coincidence, but around the time of the 2020 election, he had saved some money and was contemplating his next trip.   After President Biden won the election, like many Americans, Mr.

Wroblewski heard the challenges to the results. At the time, he was getting his news online from websites and apps like Reddit and 4Chan.    There was nonstop coverage of the "stolen election."    Over time, he became convinced the votes were not fairly counted.    He heard repeated promotions to go to Washington to attend the "Stop the Steal" protest, and essentially on a whim, decided to join.

Before moving on, it is important to note that Mr. Wroblewski is not a particularly political individual.    He was not a member of any organization, nor does he share any fringe political beliefs. He lives in a multicultural city and enjoys its diversity.    So when he decided to go, it was partly to protest and partly to see our country's capital, somewhere he had never been.

What happened when he arrived, the Court is amply aware of, both on a macro level and also as to Mr. Wroblewski's individual conduct.    He met some people at the hotel, including "Person 1" (Hopkins) and walked with them to the protest.    There, he heard President Trump speak, and followed the crowd to the Capitol.    As stated above, he was not looking for a fight.    He did not arrive with anger, hatred, or violence in his heart.    He walks slowly, so when he got to the Capitol itself, it had already been breached.    There was chaos, and he heard rumors Antifa was causing trouble.    He climbed the wall with hopes of helping stop any violence.    He went inside with his companion

6

"Person 1" and walked around, spending a total of 10 minutes inside.    He carried his flag in one hand, and his phone in the other.    (He did not take any photos or video.)    He did not assault anyone, resist or obstruct any officers, or try to provoke anyone.    He did not trash anything inside or take any souvenirs.

At the time, he did not think what was happening was much more than theater.    As he later told the FBI, he didn't understand why people would take over the building, as "the people had to go home at some point," and that "nothing good was going to come from it."    (Statements taken from FBI-302 provided by the government.)    He thought the people doing anything more than simply protesting "were stupid, not rational, and that their actions/behavior was hurting their movement."    *Id.*

Mr. Wroblewski simply returned to his hotel and then to L.A.

### 4.  Back in Los Angeles.

Back home, Mr. Wroblewski's life resumed. Dialysis every other day, recovery, spending time walking around.    Given that he lives in a low-income, industrial area, on his walks Mr. Wroblewski sees many downtrodden and unhoused individuals, often with substance abuse problems.    He does not shy away from them.    If they're open to it, he will engage with them, chitchat, and often share whatever food he has with them.

7

That's what happened when he met Alonzo Stewart, a young man who appeared distraught.  Mr. Wroblewski asked if he was okay, and they began to talk.  Alonzo was struggling.  As Alonzo writes to the Court, "After the devastating loss of my brother, I found myself struggling with severe depression and homelessness.  It felt like my world was falling apart, and I couldn't see a way out."  (Attached as Exhibit C.)  Meeting Mr. Wrobleski – who he calls "Mr. Chris" – was a godsend.   His world "falling apart," without seeing any way out, "Mr. Chris became a beacon of light for me."  *Id*.  Mr. Wroblewski provided "unwavering support and kindness" and gave "practical assistance [and] also emotional support that was crucial in my journey towards healing."  *Id*.  With Mr. Wroblewski's support, he got his bearing back.   As Alonzo puts it, "Mr. Chris is more than just a friend; he is a lifeline for those of us who have been fortunate enough to know him."  *Id*.

To mix metaphors, Mr. Wroblewski's "lifeline" quality bore fruit yet again, in September 2023, when he helped rescue a 71-year old man named Happy Ferguson. Happy, suffering from dementia, got separated from his family and was wandering the streets of Los Angeles for



71-year-old man with dementia found safe days after going missing at Hollywood Bowl, family says

Wednesday, September 27, 2023

Este artículo se ofrece en Español →

With the help of a good Samaritan, a 71-year-old man with dementia has been found safe days after he went missing at the Hollywood Bowl.

days before Mr. Wroblewski came to his aid.    For details, we respectfully urge the Court to watch the short and touching report at this link: https://abc7.com/missing-man-hollywood-bowl-dementia-found/13834749/.

In the video, Mr. Wroblewski says, "People I think nowadays are lacking the compassion.  So when you see someone having a hard time just try to take your time and feel out the situation for what's really going on.    You might be surprised by who they are and what they're doing and it might not be portrayed with how they appear at the time."    The fact is, Mr. Wroblewski – heading into a three-hour dialysis session, went out of his way to help someone he could have ignored like everyone else did.    The joy on the face of Happy's sister Deidre Gilbert that Mr. Wroblewski helped bring about is priceless.

**5. Arrest and prosecution.**

Last July, Mr. Wrobleski took one of his short trips, this time to Tijuana, just across the border from San Diego.    Upon returning to the Port of Entry, he was detained when the arrest warrant in this case popped up.    Two FBI agents arrived and transported him to the San Diego Central Jail (a state custody facility) for a courtesy hold overnight.    But medical staff declined to accept him into the jail without medical clearance, so the agents transported him to the University of California San Diego Medical Center.    From there, they returned to the Central Jail where he was held for a few hours.    After

that, they tried to book him into the federal Metropolitan Correctional Center, but MCC San Diego would not take him either, telling the agents to transport him "to another hospital." (All of the above is taken from an FBI-302 provided by the government.)    At this point, the agents decided to release Mr. Wroblewski on a promise to appear for an initial appearance later that day, and he did so.

Meanwhile, as discussed above, the agents also interview Mr. Wroblewski about the events of January 6, 2021.    He was forthright, answering all their questions and admitting his conduct without minimizing or dissembling.    He even "asked if he could tell the Judge [at his initial appearance] that he was guilty to expedite the case."

Since his release, he made every appearance, complied with his conditions of pretrial release, waived removal, pled guilty before this Court, cooperated with Probation during his presentence interview, and has remained law-abiding.    As he tells the Court in his statement, "I want you to know how very sorry I am for breaking the law."

**6. Sentencing considerations.**

The Guidelines do not apply for these low-level misdemeanors.    The Court has full sentencing discretion.    Here, the 3553(a) factors militate against further custody based on his personal circumstances, even if the Court

concludes the offense is serious and aggravating.

Mr. Wroblewski's history and characteristics are mitigating. Other than relatively minor – and aged – misdemeanors, he has lived a law-abiding life, with no history of violence or possession of weapons. As discussed, he has helped vulnerable members of society including a youth in distress and a man with dementia wandering the streets of L.A. He also has a work-history that was interrupted by a disabling illness.

On that point, renal failure is a very serious disease. Mr. Wroblewski's body fills with fluids that his kidneys cannot process, leading to heart failure and eventual demise. The National Kidney Foundation's website explains that the "average life expectancy on dialysis is 5-10 years," though some patients live "for 20 or even 30 years." *Dialysis,* the National Kidney Foundation, available at kidney.org/kidney-topics/dialysis (last accessed January 3, 2025). Mr. Wroblewski has been on dialysis since 2013, a dozen years, and feels weaker all the time. He knows his days are numbered, and he hopes to make the best of the time remaining.

The Bureau of Prisons classifies medical conditions by care level. There are four care levels, with Care Level 4 being the most severe. Dialysis is a Level 4 condition, per the Federal BOP's manual, "Care Level Classification for Medical and Mental Health Conditions or Disabilities":

| RENAL DISEASE | |
|---|---|
| CHRONIC KIDNEY DISEASE (CKD) | **CARE LEVEL 3**<br>• GFR < 30, but not yet on dialysis<br>*(Decisions to transfer to an MRC CARE LEVEL 3 population with access to dialysis will be based in part on the likelihood of progression to dialysis: diabetic nephropathy with poor glycemic control, persistent proteinuria ≥ 1000 mg /day, uncontrolled hypertension despite appropriate medication regimen, or persistent activity of primary renal disease.)* |
| | **CARE LEVEL 4**<br>• Dialysis |

Available at

https://www.bop.gov/resources/pdfs/care_level_classification_guide.pdf    (last

accessed January 3, 2025). The only Level 4 medical facilities for men are in

North Carolina (FMC Butner), Massachusetts (FMC Devens), Minnesota

(FMC Rochester), Kentucky (FMC Lexington), Missouri (FMC Springfield),

and Texas (FMC Fort Worth).   (Springfield only takes high security inmates.)

Should the Court impose a custodial sentence, the BOP would have to

designate Mr. Wroblewski to one of these facilities, none of which are anywhere

near Los Angeles.   In addition to travel expenses and challenges (in both

directions, surrender and release), there would be continuity of care issues.

The designated facility would have to have him examined by a nephrologist,

complete blood work studies, and come up with a treatment plan.   Were Mr.

Wroblewski facing a lengthy sentence, that would be an unfortunate reality,

but for a sentence consistent with other lower-level January 6 defendants –

likely no more than a few weeks in custody – the risks and burdens outweigh

any marginal punitive benefit.

While we are not in Guidelines territory, it is worth noting that the Sentencing Commission has considered serious illness or disability. The Guidelines explain that "[a]n extraordinary physical impairment may be a reason to depart downward; e.g., in the case of a seriously infirm defendant, home detention may be as efficient as, and less costly than, imprisonment." USSG § 5H1.4. That guidance fits to a T here.

As for the remaining 3553(a) factors, the government's memorandum discusses similarly situated defendants who have received either short or probationary sentences. He also notes that this Court previously sentenced Kasey Hopkins – "Person 1" – the individual Mr. Wrobleski accompanied throughout the day on January 6. See 22cr317-TSC. Like Mr. Wroblewski, Hopkins pleaded guilty to 40 U.S.C. § 5104(e)(2)(G) (disorderly conduct on Capitol grounds). (Based on intervening DC Circuit precedence, defendants like Mr. Wroblewski now plead guilty to two misdemeanors.) There, the similarities end.

Unlike Mr. Wroblewski, Mr. Hopkins had an extensive criminal record. As the Government explained in its sentencing memorandum, Hopkins "has a lengthy and troubling criminal history dating back to 1994. Most notably, Hopkins was convicted in2002 for forcible rape for which he was sentenced to

13

7 years' incarceration." *See* 22cr317-TSC, docket no. 31 at 10. Additionally, "Hopkins has at least 8 other convictions, for offenses such as assault on a law enforcement officer, assault in the third degree … and non-support. For the non-support conviction, [Hopkins] was incarcerated for a period of 4 years." *Id*. at 11. Hopkins violated probation repeatedly and was convicted of additional assaults and other offenses; he also had completed a 12-month domestic violence diversion program. *Id*. Considering the conduct and his record, this Court imposed a 4-month sentence.

The contrast between Hopkins and Mr. Wroblewski is night and day; only one is a violent felon. So while they may have "been found guilty of similar conduct," they are hardly "defendants with similar records." 18 U.S.C. § 3553(a)(6).

Mr. Wroblewski notes that the government has a framework for evaluating January 6 defendants. It focuses on whether the defendant used violence, destroyed property, destroyed evidence, disobeyed law enforcement commands, used social media to promote or glorify the conduct, and showed remorse or contrition. Here, each of those grounds tips the scale toward leniency.

Mr. Wroblewski concludes with general and specific deterrence. As for the latter, his contrition is sincere, and in the last four years he has not doubled

down on any of his actions or committed another offense.   He has not sought a continuance or clemency.   And as for the former, the fact of Mr. Wroblewski's conviction, as one of over a thousand to have been prosecuted, certainly constitutes a piece of the general deterrence message.

### 7. Conclusion.

Mr. Wroblewski truly wishes he could go back in time and make a different decision.   Short of that, he once again apologizes for his actions.   He thanks the Court for its consideration and respectfully urges the Court to impose a probationary sentence.

Respectfully submitted,

/s/ Jeremy Warren
Warren & Burstein
501 West Broadway, Suite 240
San Diego, CA 92101
Office: (619) 234-4433
Cell: (619) 200-7641
jw@wabulaw.com

<u>CERTIFICATE OF SERVICE</u>

On this Friday, January 10, 2025, a copy of the foregoing was served on

counsel of record for the government via ECF.

<u>/s/ Jeremy Warren</u>
Warren & Burstein
501 West Broadway, Suite 240
San Diego, CA 92101
Office: (619) 234-4433
Cell: (619) 200-7641
jw@wabulaw.com

# **<u>Attachments:</u>**

1) **Exhibit A** - Statement of Mr. Wroblewski

2) **Exhibit B** - Letter from Dr. Edgar Toscano

3) **Exhibit C** - Letter from Alonzo Stewart

# Exhibit A

## Statement of Mark Wroblewski

Statement of Mark Wroblewski

Honorable Judge Tanya Chutkan

Your Honor,

I want you to know a little about me before sentencing me, so I thank you for reading this letter.  I am not used to writing much, and I also don't like talking about myself so this is a little hard for me.  It's also a little strange to be here, kind of like it was a little strange how I ended up in Washington D.C. back in January 2021.

I read the probation report so I know you already have my background.  Funny how your life can be boiled down to just a few pages.

My life has been kind of an adventure with some ups and a few downs in it, things I'm proud of and a few I'm not.  I was raised in L.A. and have lived here most of my life.  My father was an EMT.  He loved me most of the time and my older sister too, but wasn't around all that much.  My mother was a good mom, worked hard to support us, but I think she missed out by having us when she was so young (she became a mom at 16).  She was happier when she remarried and moved to Arizona.

My childhood seemed normal.  I wasn't a great student but I did okay. After I graduated I was kind of unsure what to do next.  I had a few friends but mostly surfed by myself.  I loved feeling the waves, basking in the sun, everything about it.  I took a job teaching CPR which had decent hours, low stress, and of course low pay, but gave me a lot of time to be at the beach or the gym.

Even though I worked in the medical field I never liked seeing doctors.  Being so athletic, I never went in for physical exams.  If I got sick, I'd just stay home for a couple days.  About 12 years ago, I started getting headaches which I just ignored.  Maybe I drank a little too much or whatever, no big deal.  But the headaches kept going for days and then weeks and months, and eventually I went to the hospital.  Turns out I had uncontrolled high blood pressure and my kidneys were failing.

Overnight I went from an invincible happy go lucky guy to being confronted with my own mortality.  I had to go on dialysis, and my life would never be the same.  I guess I went through the typical stages, starting with denial for far too long.  And now I fully accept the limitations I live with. No more "woe is me" – lots of people get the short stick in life and you can cry all day or just deal with it.

I went on disability – it's hard to work when you're hooked on dialysis three times a week for three to four hours at a time, plus I'm exhausted – and eventually bought myself a little mobile home, that a friend lets me keep in the parking lot of his warehouse.  In return I keep an eye on his business for him.  Living on $1,500 a month in Los Angeles is not easy, so the free rent makes a huge difference.

Like I said, I've always enjoyed my own company, so I kind of keep to myself.  I am a bit of a night owl and enjoy walking around LA.  I see a lot of people I recognize on the

streets and sometimes talk to them, share some food, get to know them, but mostly am at the dialysis clinic, hanging out, or surfing the internet.

Which takes me to January 6, 2021. At that time, I was getting my news from Reddit and 4-Chan. I've never been into politics, but I was hearing a lot about the election. And I started hearing that the votes weren't being counted correctly, that maybe the election had been stolen. At the time, I had been saving around $100 a month which I would use to travel, and so when people began saying let's go to Washington to "stop the steal" I thought, why not?

I got to DC on January 5, 2021 without much of a plan. I felt like as a citizen we should support making sure we had fair elections and that whoever won would become the president. The next morning I met some people at the hotel who were going to the protest and I ended up spending the day with one man I met there. We heard President Trump speak and he told us to join him at the Capital, and so I went there too. I didn't go there looking for any fight. I just wanted to express my right to protest.

By the time I got there, it was pretty chaotic. I heard people say Antifa was attacking the Capitol building, so I went up there to see if I could help stop that. Of course I didn't see anything like that, and when I got to the doorway, people were already inside. I went in along with the crowd and walked around. I had never been to Washington before much less the Capitol and so it was really fascinating to see from the inside. After a while I left.

I went back to LA and to my life. I heard they were charging people who were fighting police and that made sense to me. I also heard they were charging people who walked around inside and I figured well they could charge me. So when I was arrested a few months ago I wasn't surprised, and I told everything about it to the FBI.

As you can see, when I was younger I had a few run-ins with the law. But since then I've done my best to keep out of trouble and be a good citizen. I believe in our democracy and want the best for all Americans. I live in an incredibly diverse city, and was raised by a stepfather who is Jewish. I am not motivated by hate or racism.

I respect our laws and this court. You were very kind when we met over Zoom, and I believe in justice. I want you to know how very sorry I am for breaking the law that day. I am better than that.

I also want you to know that four years is a long time when you're on dialysis. I'm a lot weaker now, have a lot less energy. I get tired very easily, and feel very sick a lot of the time. I don't mean to complain, but I want you to know that I am not a threat to anyone. Instead, I want to use whatever time I have to – in the words of my sister the yoga instructor – channel positive energy on everyone and everything around me.

I thank you for allowing me to share these words with you.


Mark Wroblewski

# Exhibit B

Letter of Dr. Edgar Toscano

# UNIVERSAL ARTIFICIAL KIDNEY CENTER

Universal Artificial Kidney Center                                          10/04/2024

4036 Whittier Blvd Suite 100

Los Angeles, CA 90023

Telephone: 1(213) 279-1177


**Re:  Mark Wroblewski Dialysis Treatments**


To whom it may concern,

This letter verifies that Mr. Wroblewski has been in life-sustaining dialysis treatments at Universal Artificial Kidney Center for End Stage Renal Disease since June 14, 2023 as well as the organization's alternate operating facility, Montebello Artificial Kidney Center, since 10/26/2023. Mr. Wroblewski is prescribed hemodialysis treatments at the facility three times a week for three hours and forty-five minutes.  In episodic events where it is clinically indicated, Mr. Wroblewski may require additional treatments on top of his routine three sessions per week schedule.


Should you have any questions or concerns regarding his diagnosis or therapeutic treatments, please contact the dialysis facility's office desk at (213)-279-1177.


Respectfully,

**Dr. Edgar Toscano, MD**

Nephrologist

Universal Artificial Kidney Center

4036 Whittier Blvd Suite 100

Los Angeles CA 90023

# Exhibit C

Letter of Alonzo Stewart

January 4, 2025

Dear Your Honor,

I hope this letter finds you well. I am writing to express the profound impact Mr. Chris has had on my life, especially during some of the darkest times I have faced.

After the devastating loss of my brother, I found myself struggling with severe depression and homelessness. It felt like my world was falling apart, and I couldn't see a way out. During this incredibly challenging period, Mr. Chris became a beacon of light for me. His unwavering support and kindness helped me navigate through the pain and uncertainty. He provided not only practical assistance but also emotional support that was crucial in my journey towards healing.

Mr. Chris's dedication and compassion have been instrumental in my recovery. He stood by me when I had nowhere else to turn, offering a helping hand and a listening ear. His guidance and encouragement gave me the strength to keep going, even when things seemed hopeless. His presence was a constant reminder that I was not alone, and that someone genuinely cared about my well-being.

The thought of Mr. Chris facing jail time is deeply distressing to me. I cannot imagine how I would cope without his presence and support. He has been a pillar of strength in my life, and losing him in such a manner would be an unbearable loss. His absence would not only affect me but also the many others who have been touched by his kindness and generosity.

Mr. Chris's contributions to my life and the lives of others cannot be overstated. He has shown remarkable empathy and selflessness, qualities that are rare and invaluable. I sincerely hope that his actions and the positive impact he has had on so many people will

be taken into consideration. Mr. Chris is more than just a friend; he is a lifeline for those of us who have been fortunate enough to know him. His support has been a critical factor in my ability to rebuild my life and find hope again.

Thank you for taking the time to read my letter. I hope that my words convey just how important Mr. Chris is to me and to our community. His presence has made a significant difference, and I cannot imagine facing the future without him by my side.

Sincerely,

Alonzo Stewart