# United States District Court for the District of Columbia

UNITED STATES OF AMERICA     )
                              )
          vs.             )    Criminal No.  24cr436-TSC
                              )
Mark Chrstian Wroblewski     )

## NOTICE OF APPEAL

Name and address of appellant:     Mark Wroblewski
                                     2748 Tanager Avenue
                                     Commerce, CA  90040

Name and address of appellant's attorney:     Jeremy Warren
                                             501 West Broadway, Suite 240
                                           San Diego, CA  92101

Offense:  40 U.S.C. § 5104(e)(2)(D) and (G)

Concise statement of judgment or order, giving date, and any sentence:

> We are appealing the judgment granting in part, and denying in part, the government's motion to dismiss with prejudice under Rule 48(a) of the Federal Rules of Criminal Procedure.  The order denying our request to dismiss with prejudice was entered on February 6, 2025.

Name and institution where now confined, if not on bail:  not applicable

      I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

**February 6, 2025**
DATE                              APPELLANT

                                      **s/ Jeremy Warren**
                                      ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE   ☐
CJA, NO FEE   ☑
PAID USDC FEE   ☐
PAID USCA FEE   ☐
Does counsel wish to appear on appeal?   YES ☑   NO ☐
Has counsel ordered transcripts?   YES ☐   NO ☑
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES ☐   NO ☑