# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-3018**                          **September Term, 2024**

**1:24-cr-00436-TSC-1**

**Filed On: July 23, 2025** [2126925]

United States of America,

    Appellee

    v.

Mark Christian Wroblewski,

    Appellant

## M A N D A T E

In accordance with the order of May 29, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                        **FOR THE COURT:**
                                        Clifton B. Cislak, Clerk

                          BY:    /s/
                                        Daniel J. Reidy
                                        Deputy Clerk

Link to the order filed May 29, 2025